COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Rosa Serrano, | § | No. 08-15-00290-CV |
| Appellant, | § | |
| v. | § | Appeal from the |
| Pellicano Business Park LLC, | § | County Court at Law No. 7 |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV06341) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's request for an extension of time within which to file the Reporter's Record until **February 29, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Leticia Dittmar, Court Reporter for the County Court at Law No. 7, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **February 29, 2015.**

IT IS SO ORDERED this 2nd day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)